UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CV-338-BR

| | | |
|---|---|---|
| ANDREW TABOR and, | ) | |
| MATTHEW TABOR, on behalf of | ) | |
| themselves and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| PETER B. FOX, KIM B. FOX, | ) | |
| DAN MALL, MATTHEW C. | ) | |
| BEARDSLEY, FOX DEVELOPMENT | ) | |
| CORPORATION, FOX VENTURES, | ) | |
| LLC, FOX NC ACQUISITION, LLC, | ) | |
| FOX SC ACQUISITION, LLC, and | ) | |
| FOX RESTAURANT VENTURE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on Plaintiffs' Consent Motion to Stay Case filed 12 July 2010. For good cause shown, Plaintiffs' motion is ALLOWED IN PART. It is hereby ORDERED that discovery in this matter is stayed for a period of sixty (60) days from the date of this order. Defendants' 28 September 2009 Motions to Dismiss are DENIED WITHOUT PREJUDICE.

This 14 July 2010.

_____
W. Earl Britt
Senior U.S. District Judge